JS-6

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (415) 977-8928
Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA MARIE CAMACHO,<br><br>Plaintiff,<br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:24-cv-02382-JC<br><br>JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)<br>(DOCKET NO. 21) |

Having approved the parties' joint stipulation to voluntary remand

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

1

COURT ADJUDGES AND DECRESS that a final judgment be entered in favor of Plaintiff and against Defendant, reversing the final decision.

Dated: April 14, 2025.

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge