# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA MARIE CAMACHO,<br><br>   Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,[1]<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 5:24-cv-02382-JC<br><br>ORDER GRANTING THE STIPULATION AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br>(Docket No. 24) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,061.15 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  June 3, 2025

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.